# UNITED STATES DISTRICT COURT
## Southern District of Mississippi
### Jackson Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: 3:99cr131WN-001 |
| MOHAMMED O. BUSBY | |
| | Defendant's Attorney: Omodare Jupiter, Federal Public Defender |
| | 200 S. Lamar, Suite 100-S |
| **THE DEFENDANT:** | Jackson, MS 39201 (601-948-4284) |

■ admitted guilt to violation of condition(s)  Mandatory Condition, Standard Condition #6, Special Condition #1 (Modification). of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition | The offender has failed to refrain from unlawful use of a controlled substance as he tested positive for marijuana on April 10, April 14, April 24, and April 28, 2006. | 04-28-06 |
| Standard Condition #6 | The offender failed to report to the probation office. On May 31, 2006, a reporting notice was mailed via certified mail to Busby's last know address & was returned undeliverable. The Offender failed to notify the probation office 10 days prior to his change of residence & it appears the offender has absconded. | 05-31-06 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM

Defendant's Residence Address:

Mississippi Department of Corrections

Defendant's Mailing Address:
Same

November 16, 2006
Date of Imposition of Judgment

_/s/ Henry T. Wingate_
Signature of Judicial Officer

Henry T. Wingate, Chief U. S. District Judge
Name and Title of Judicial Officer

November 21, 2006
Date

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 21 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
           Sheet 1— Reverse

Judgment—Page __2__ of __3__

DEFENDANT: Mohammed O. Busby
CASE NUMBER: 3:99cr131WN-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition #1 (Modification) | The offender failed to report to the halfway house on May 23, 2006, which was ordered by the Court May 11, 2006, as a modification. It is noted, that this officer was unable to notify Busby, due to him absconding supervision. | 05-23-06 |

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | | Judgment — Page 3 of 3 |
|---|---|---|
| DEFENDANT: | Mohammed O. Busby | |
| CASE NUMBER: | 3:99cr131WN-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **\*\*time served\*\***    It is noted that the defendant was initially arrested by the U.S. Marshal Service on 07/20/06, but his revocation hearing was continued on 07/27/06, and he was released from Federal custody. However, the defendant was immediately re-arrested on 07/27/06 due to an outstanding State warrant, and has remained in the custody of the Mississippi Department of Corrections since that time.  As of this date (11/16/06), the defendant has served a total of (120) days since his initial arrest on 07/20/06, and therefore is sentenced to (time served), with no supervised release to follow.

☐   The court makes the following recommendations to the Bureau of Prisons:

■   The defendant is remanded to the custody of the United States Marshal Service to be returned to the custody of the Mississippi Department of Corrections.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a☐ p.m. on _____.

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence to the :

   ☐   before a.m. on _____

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                        By   _____
                                             DEPUTY UNITED STATES MARSHAL